```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Western Sierra Properties, Inc., et al<br><br>　　　Defendants | Case No. **2:11-cv-02934-GEB-CKD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JANUARY 30, 2012 FOR DEFENDANT WESTERN SIERRA PROPERTIES, INC. INDIVIDUALLY AND D/B/A CENTURY 21 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Western Sierra Properties, Inc. Individually and d/b/a Century 21, by and through, Scott N. Johnson; Western Sierra Properties, Inc. Individually and d/b/a Century 21, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 until December 30, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 is granted an extension until January 30, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 response will be due no later than January 30, 2012.

IT IS SO STIPULATED effective as of December 27, 2011

Dated:  December 27, 2011           /s/John Conca
                                    Western Sierra
                                    Properties, Inc.
                                    Individually and d/b/a
                                    Century 21
                                    Defendant

```
Dated:  December 27, 2011            /s/Scott N. Johnson
                                     Scott N. Johnson,
                                     Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 shall have until January 30, 2012 to respond to complaint.

**Date: 12/30/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge