```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Western Sierra Properties, Inc., et al<br><br>       Defendants | Case No. **2:11-cv-02934-GEB-CKD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 29, 2012 FOR DEFENDANT WESTERN SIERRA PROPERTIES, INC. INDIVIDUALLY AND D/B/A CENTURY 21 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Western Sierra Properties, Inc. Individually and d/b/a Century 21, by and through, Scott N. Johnson; Western Sierra Properties, Inc. Individually and d/b/a Century 21, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 until January 30, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 is granted an extension until February 29, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 response will be due no later than February 29, 2012.

IT IS SO STIPULATED effective as of January 30, 2012

Dated:  January 30, 2012            /s/John Conca_____

                                    Western Sierra

                                    Properties, Inc.

                                    Individually and d/b/a

                                    Century 21

                                    Defendant

Dated:    January 30, 2012            /s/Scott N. Johnson

                                      Scott N. Johnson,

                                      Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Western Sierra Properties, Inc. Individually and d/b/a Century 21 shall have until February 29, 2012 to respond to complaint.

**Date:  1/31/2012**

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge